No. D–2672. IN RE DISCIPLINE OF HACKETT. Robert L. Hackett, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 11M65. LAHRICHI v. LUMERA CORP. ET AL. Renewed motion for leave to file petition for writ of certiorari with supplemental appendix under seal granted.

No. 11M103. WALKER v. UNITED STATES. Motion for leave to file petition for writ of certiorari under seal denied.

No. 11–1185. SIBLEY v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 11–8957. BABEY v. MINNESOTA ET AL. C. A. 8th Cir.; and
No. 11–9513. LEZDEY ET UX. v. UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 14, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–9562. IN RE HARP;
No. 11–9593. IN RE JACKSON;
No. 11–9596. IN RE O'BRYANT;
No. 11–9599. IN RE BACA;
No. 11–9606. IN RE DeCARLO; and
No. 11–9618. IN RE WHEELER. Petitions for writs of habeas corpus denied.

No. 11–8932. IN RE RICHARDS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 11–9230. IN RE GARCIA. Petition for writ of mandamus and/or prohibition denied.

No. 10–1536. BOWOTO ET AL. v. CHEVRON CORP. ET AL. C. A. 9th Cir. Certiorari denied.